IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

TRUSTEES OF THE PLUMBERS AND )
PIPEFITTERS NATIONAL PENSION )
FUND, et al., )
)
Plaintiffs, )
)
v. ) Civil Action No. 1:10-cv-561
)
ABSOLUTE AIR, INC., )
)
Defendant. )

## ORDER

This matter comes before the Court on the Report and Recommendation of the Magistrate Judge dated January 26, 2011. There have been no objections filed to the Report and Recommendations. Based on a de novo review of the evidence in this case, the Court adopts the findings and recommendation of the Magistrate Judge.

It is hereby

ORDERED that judgment is entered in favor of National Pension Fund against Defendant in the amount of $5,470.96, which includes an award of unpaid contributions ($3,001.40), interest accrued through October 22, 2010 ($288.13) and accruing at the rate of 12 percent (12%) per annum until paid, liquidated damages

($300.14), and attorney's fees and costs ($1,881.29);

FURTHER ORDERED that judgment is entered in favor of the International Training Fund against Defendant in the amount of $291.47, which includes an award of unpaid contributions ($224.90), interest accrued through October 22, 2010 ($21.59) and accumulating at the rate of 12 percent (12%) per annum until paid, and liquidated damages ($44.98).

/s/
Claude M. Hilton
United States District Judge

Alexandria, Virginia
~~March~~ _____, 2011